IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR DUNN, CHYNNA BELL, and CORVEL CORPORATION, a California corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>J.E. DUNN CONSTRUCTION COMPANY, BLUE HAT CRANE, LLC, INDUSTRIAL EQUIPMENT SALES & SERVICE CO., INC., and LUCAS K. LOFTIS,<br><br>Defendants. | 4:22CV3056<br><br>ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by Maren Lynn Chaloupka, Michael Chaloupka, and Rebecca Fisher, as counsel of record for Plaintiffs Taylor Dunn and Chynna Bell (Filing No. 58), is granted.

2) On or before April 24, 2023, Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiffs' claims without further notice.

3) The Clerk shall mail a copy of this order to Plaintiffs Taylor Dunn and Chynna Bell at the following address:

   Taylor Dunn and Chynna Bell
   10205 19th Street
   Greeley, CO 80634

Dated this 24th day of February, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge