IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TAYLOR DUNN, CHYNNA BELL, and CORVEL CORPORATION, a California corporation;

Plaintiffs,

vs.

J.E. DUNN CONSTRUCTION COMPANY, BLUE HAT CRANE, LLC, INDUSTRIAL EQUIPMENT SALES & SERVICE CO., INC., and LUCAS K. LOFTIS,

Defendants.

4:22CV3056

**ORDER TO SHOW CAUSE**

Plaintiff Chynna Bell's former counsel was granted leave to withdraw on February 24, 2023. (Filing No. 59). The order granting counsel's leave to withdraw gave Plaintiff Bell until April 24, 2023 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel. Plaintiff was also warned that failure to comply with the court's order may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 59). The order was mailed to Plaintiff at the address provided by Plaintiff Bell's former counsel. This mailing was not returned.

Plaintiff Bell failed to comply with the court's order.

Accordingly,

IT IS ORDERED:

1) Plaintiff Bell is given until May 30, 2023 to show cause why the court should not dismiss Plaintiff Bell's claims for want of prosecution and without further notice.

2) The Clerk shall mail a copy of this order to Plaintiff Bell at the address alleged in the complaint and at the address provided by former counsel:

| | |
|---|---|
| Chynna Bell<br>10205 19th Street<br>Greeley, CO 80634 | Chynna Bell<br>3605 Butternut Drive<br>Loveland, CO 80538 |

Dated this 9th day of May, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge