IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR DUNN, CHYNNA BELL, and CORVEL CORPORATION, a California corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>J.E. DUNN CONSTRUCTION COMPANY, BLUE HAT CRANE, LLC, INDUSTRIAL EQUIPMENT SALES & SERVICE CO., INC., and LUCAS K. LOFTIS,<br><br>Defendants. | 4:22CV3056<br><br>**ORDER TO SHOW CAUSE** |

The Complaint in the above-captioned case was filed on April 5, 2022, on behalf of Taylor Dunn and Chynna Bell ("Plaintiffs"). Filing No. 1. It named CorVel as a plaintiff and indicated CorVel may have a subrogation interest in the matter arising from workers' compensation benefits paid to Dunn. *Id*. CorVel was not represented by the filing attorney and no attorney, or other individual, has ever entered their appearance on CorVel's behalf. CorVel has not otherwise participated in the lawsuit.

Accordingly,

IT IS ORDERED:

1. The parties shall have until March 22, 2024, to show cause why CorVel should not be terminated as a Plaintiff. The failure to timely comply with this order may result in termination of CorVel without further notice.

2. The Plaintiffs are directed to send a copy of this order to CorVel Corporation and file a notice of mailing with the Court.

Dated this 1st day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge