IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR DUNN, and CHYNNA BELL,<br><br>Plaintiffs,<br><br>vs.<br><br>J.E. DUNN CONSTRUCTION COMPANY, BLUE HAT CRANE, LLC, INDUSTRIAL EQUIPMENT SALES & SERVICE CO., INC., and LUCAS K. LOFTIS, CORVEL ENTERPRISE COMP, INC.,<br><br>Defendants. | **4:22CV3056**<br><br><br>**DISMISSAL ORDER** |

This matter is before the Court on Plaintiff Chynna Bell's Motion to Dismiss her Loss of Consortium Claim against Defendants with prejudice.  (Filing No. 177.) The Court reached out to counsel by email to inquire whether there was any objection to Bell's motion. Defendants Industrial Equipment Sales & Service Co., Inc.; J.E. Dunn Construction Company; and Blue Hat Crane, LLC filed briefs stating that they only object to the motion to the extent the motion, proposed order, and supporting brief indicate that Barnhart Crane and Rigging Co. is a party to the litigation, which it is not.  (Filing No. 179; Filing No. 180.)  Defendant Lucas Loftis informed the Court that he would not be filing a response to the motion. Plaintiff Taylor Dunn and Corvel Enterprise Comp, Inc. did not respond to the Court's message.[1] The Court construes these parties' silence as meaning they do not object.

---

[1] As set out in the Order on Final Pretrial Conference, Defendant Corvel Enterprise Comp, Inc. and its counsel do not plan to actively participate at trial.  (Filing No. 157.)

Having considered the matter, the Court will grant Bell's motion, but the motion will not be construed as applying to Barnhart Crane and Rigging Co., as Barnhart is not a party to this litigation.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff Chynna Bell's Motion to Dismiss her Loss of Consortium Claim (Filing No. 177) with prejudice as to Defendants J.E. Dunn Construction Company; Blue Hat Crane, LLC; Industrial Equipment Sales & Service Co., Inc.; Lucas Loftis; and Corvel Enterprise Comp, Inc. is granted. Each party shall bear its own attorneys' fees and costs relating to the dismissed loss of consortium claim.

2. Bell is no longer a party to this suit. The Clerk of Court shall terminate Bell from the docket sheet.

3. All other claims in this action remain pending.

Dated this 10th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2