IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR DUNN,<br><br>  Plaintiff,<br><br>vs.<br><br>J.E. DUNN CONSTRUCTION COMPANY,<br>BLUE HAT CRANE, LLC,  INDUSTRIAL<br>EQUIPMENT SALES & SERVICE CO., INC.,<br>LUCAS K. LOFTIS, and  CORVEL<br>ENTERPRISE COMP, INC.,<br><br>  Defendants. | 4:22CV3056<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Industrial Equipment Sales & Service Co., Inc. and Defendant Lucas Loftis with prejudice.  (Filing No. 204.) The parties have advised the Court that there are no objections to the motion.  Having considered the matter, the Motion to Dismiss (Filing No. 204) is granted.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendant Industrial Equipment Sales & Service Co., Inc. and Defendant Lucas Loftis are dismissed with prejudice.

Dated this 13th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge