IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR DUNN, CHYNNA BELL, and CORVEL CORPORATION, a California corporation; | 4:22CV3056 |
| Plaintiffs, | |
| vs. | AMENDED ORDER |
| J.E. DUNN CONSTRUCTION COMPANY, BLUE HAT CRANE, LLC,  INDUSTRIAL EQUIPMENT SALES & SERVICE CO., INC., LUCAS K. LOFTIS,  CORVEL CORPORATION, a California corporation; and CORVEL ENTERPRISE COMP, INC., | |
| Defendants. | |

The Court's rulings on the parties' Joint Deposition Designations and Objections (Filing No. 261) are as follows:

**Chad Branecki, M.D.**

- 51:16-52:1—sustained.
- 53:9-14—overruled.
- 53:23-54:6—overruled.
- 55:20-56:12—sustained, and the motion to strike as hearsay is granted.
- 60:15-22—overruled.
- 69:6-11—sustained.

### Chad Prusmack, M.D.

- 119:5-120:11—overruled.
- 133:1-137:21—overruled.
- 139:1-142:9—overruled.
- 146:25-147:11—overruled.
- 169:21-170:19—overruled.
- 181:9-14—overruled.
- 183:8-12—overruled.
- 186:19-187:23—overruled.

### Chynna Bell (May 2, 2024)

- 136:15-22—overruled.

### Chynna Bell (March 24, 2026)

- 35:11-35:21—overruled.
- 40:3-40:20—overruled.
- 43:9-14—overruled.
- 43:16-20—overruled.
- 43:9-14—overruled.
- 43:16-19—overruled.
- 43:20-44:17—overruled.
- 44:15-46:8—the Court will not permit discussions between counsel to be read to the jury.
- 52:2-54:14—sustained.
- 54:23-56:2—overruled, but the objection to 55:23-56:2 will be sustained.
- 56:7-57:1—overruled.
- 59:8-87:9—overruled.
- 87:11-88:11—overruled.
- 88:16-98:16—overruled.
- 98:17-20—sustained.
- 99:19-100:22—overruled.
- 101:7-103:2—overruled.
- 103:5-104:18—overruled.
- 111:9-16—sustained.
- 112:9-14—overruled.
- 112:9-113:12—overruled.

### Devin McLaren

- 17:9-15—overruled.
- 17:19-18:25—overruled.
- 19:17-21—overruled.

2

**Frank Mezzacappa, M.D.**

- 56:13-57:2—sustained.
- 71:22-72:24—overruled.

**Greg Kennedy**

- 30:12-13—overruled.
- 30:18-21—overruled.
- 30:24-31:11—overruled.
- 31:17-22—overruled.
- 32:4-6—overruled.
- 34:16-19—overruled.
- 43:4-10—overruled.
- 45:25-46:22—overruled.
- 70:9-11—overruled.
- 71:5-10—overruled.
- 86:16-22—overruled.
- 90:7-12—overruled.
- 90:18-23—overruled.

**Lucas Loftis**

- 10:20-22—overruled.
- 11:1-5—overruled.
- 11:13-15—overruled.
- 14:14-18—overruled.

**Stephen Kalat**

- 116:8-13—sustained.

**Timothy Benbow**

- 10:20-23—overruled.
- 20:6-19—sustained.
- 20:24-21:1—overruled.

3

**William Dickinson**

- 21:22-22:8—sustained.
- 33:4-33:13—overruled.
- 34:1-34:18—overruled.
- 35:11-35:20—overruled.
- 35:25-36:8—overruled.
- 37:15-37:16—sustained.
- 38:14-38:24—overruled.
- 39:1-39:17—the Court will not permit discussions between counsel to be read to the jury.
- 40:21-41:6—sustained.
- 43:2-43:19—overruled.
- 46:2-46:9—overruled.
- 55:7-55:11—overruled.
- 57:5-57:9—sustained.
- 58:4-58:17—overruled.
- 59:10-60:1—overruled, but the Court will not permit the discussion between counsel at 59:17-60:1 to be read to the jury.
- 67:13-68:3—overruled.
- 68:16-69:3—overruled.
- 73:16-74:5—sustained.
- 81:13-17—overruled.
- 84:12-23—overruled.
- 88:13-91:18—overruled.
- 101:2-102:3—overruled.
- 118:15-118:19—overruled.
- 121:13-121:18—overruled.
- 133:19-134:12—overruled.
- 141:17-142:2—overruled.
- 148:21-151:9—sustained.
- 152:7-152:15—overruled.
- 160:15-162:21—overruled.
- 165:4-166:4—sustained as to 165:22-166:4, otherwise overruled.
- 166:22-167:4—overruled.
- 170:6-170:18—overruled.
- 170:20-25—overruled.

Dated this 9th day of April, 2026.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge

4