IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR DUNN,<br><br>     Plaintiff,<br><br>vs.<br><br>J.E. DUNN CONSTRUCTION COMPANY, and<br>CORVEL ENTERPRISE COMP, INC.,<br><br>     Defendants. | **4:22CV3056**<br><br><br>**ORDER** |

Upon notice to the undersigned district judge by counsel that Plaintiff and Defendant J.E. Dunn Construction Company have settled, the jury trial currently set for April 13, 2026 is canceled.

**IT IS ORDERED:**

1.  On or before **May 11, 2026**, Plaintiff and Defendant J.E. Dunn Construction Company shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of their case;

2.  Absent compliance with this order, this case may be dismissed regarding Plaintiff and Defendant J.E. Dunn Construction Company without further notice;

3.  Plaintiff and Defendant Corvel Enterprises Comp, Inc. shall inform the court no later than May 11, 2026 as to how they want to proceed.

4.  The Clerk of Court shall terminate the trial setting and any hearings set for this case.

Dated this 10th day of April, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge