IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TAYLOR DUNN,

Plaintiff,

vs.

J.E. DUNN CONSTRUCTION COMPANY, and CORVEL ENTERPRISE COMP, INC.,

Defendants.

**4:22CV3056**

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff Taylor Dunn and Defendant J.E. Dunn Construction Company's Joint Motion for Dismissal of Defendant J.E. Dunn Construction Company (Filing No. 291). Plaintiff and J.E. Dunn have acknowledged and agreed that dismissal will not substantively or procedurally impact the rights or claims of Corvel Enterprise Comp., Inc. Therefore, upon consideration, the Motion is granted.

**IT IS ORDERED** that Plaintiff's claims against J.E. Dunn Construction Company are dismissed with prejudice, with each party to pay their own costs.

Dated this 28th day of August, 2026.

BY THE COURT:

Susan M. Bazis
Susan M. Bazis
United States District Judge